# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-3412

_____

Rose Thorpe,                          *
                                      *
          Appellee,                   *   Appeal from the United States
                                      *   District Court for the
     v.                               *   Eastern District of Missouri.
                                      *
Wal-Mart Stores, Inc., a              *          [UNPUBLISHED]
Delaware Corporation,                 *
                                      *
          Appellant.                  *

_____

Submitted:  April 14, 1997

Filed:  May 5, 1997

_____

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

_____


PER CURIAM.


     Wal-Mart appeals from a jury verdict in favor of Rose Thorpe on her negligence action and challenges a number of evidentiary rulings made by the District Court.[1]  Having reviewed the record and the parties' briefs, we conclude that no reversible error appears.  Accordingly, we affirm the judgment of the District Court.  <u>See</u> 8th Cir. R. 47B.  Thorpe's motion to correct her brief is granted.

_____

[1]The Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, who presided over the case with the consent of the parties in accordance with 28 U.S.C. § 636(c) (1994).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT